[No. 3451–2.   Division Two.   December 7, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. REINHOLD
W. FAUSER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 69122, John H. Kirkwood, J., entered
April 14, 1978. *Affirmed* by unpublished opinion per
Pearson, C.J., concurred in by Petrie and Soule, JJ.

[No. 3437–2.   Division Two.   December 7, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
J. BURGHER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. C–3378, James I. Maddock, J., entered Febru-
ary 17, 1978. *Affirmed* by unpublished opinion per Reed, J.,
concurred in by Pearson, C.J., and Petrie, J.

[No. 6735–1.   Division One.   December 10, 1979.]

NELDA JACKSON, *Respondent*, v. MABEL GOODWIN,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 832779, Oluf Johnsen, J. Pro Tem., entered
June 20, 1978. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Callow, C.J., and James, J.

[No. 6893–1.   Division One.   December 10, 1979.]

RAINIER BREWING COMPANY, *Appellant*, v. KING COUNTY
BOARD OF EQUALIZATION, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 850199, Liem E. Tuai, J., entered September 5,
1978. *Dismissed* by unpublished opinion per Swanson,
A.C.J., concurred in by James and Dore, JJ.